## DICKSON *v.* CHAPMAN *et al.*

ATKINSON, J. Since the registration act of 1889 (Acts 1889, p. 106, Civil Code, § 3320) a senior unrecorded deed loses its priority over a subsequent recorded deed from the same vendor, taken for a valuable consideration and without notice of the existence of the older deed. Civil Code (1910), § 4198; *Webster* v. *Black*, 142 *Ga.* 806 (83 S. E. 941); *Dix* v. *Wilkinson*, 149 *Ga.* 103 (99 S. E. 437).

(*a*) Applying this ruling to the evidence submitted on the trial of the present case the plaintiff in the court below was entitled to recover, and the verdict for the defendants was unauthorized. The court erred in overruling the plaintiff's motion for a new trial.

*Judgment reversed. All the Justices concur.*

No. 2737. JUNE 13, 1922.

Complaint for land. Before Judge Park. Hancock superior court. June 22, 1922.

*Burwell & Fleming,* for plaintiff.

*R. H. Lewis* and *T. M. Hunt,* for defendants.